| | |
|---|---|
| 1 | Daniel J. Herling (State Bar #103711) |
| | (herling@khlaw.com) |
| 2 | Michelle Gillette (State Bar #178734) |
| | (gilletteAkhlaw.com) |
| 3 | Howard I. Miller (State Bar #251878) |
| | (miller@khlaw.com) |
| 4 | KELLER AND HECKMAN LLP |
| | One Embarcadero Center, Suite 2110 |
| 5 | San Francisco, CA 94111 |
| | Telephone: 415-948-2800 |
| 6 | Facsimile: 415-948-2808 |

Attorneys for Defendant Similasan Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, on behalf of herself, all others similarly situated, and the general public, | Case No. 12CV0376 BTM WMC |
| Plaintiffs | **NOTICE OF APPEARANCE OF HOWARD I. MILLER ON BEHALF OF DEFENDANT SIMILASAN CORPORATION** |
| vs. | |
| SIMILASAN CORPORATION; and SIMILASAN AG | |
| Defendants | |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Howard I. Miller of KELLER AND HECKMAN LLP, an attorney duly admitted to the Bar of this Court, hereby enters his appearance as counsel of record on behalf of Defendant Similasan Corporation. Counsel respectfully requests to be served with copies of all papers in the above-captioned action.

Howard I. Miller (State Bar #251878)
(miller@khlaw.com)
KELLER AND HECKMAN LLP
One Embarcadero Center, Suite 2110
San Francisco, CA 94111

Case No. 12CV0376 BTM WMC 1
NOTICE OF APPEARANCE OF HOWARD I. MILLER ON BEHALF OF DEFENDANT SIMILASAN CORPORATION

1
2
Telephone: 415-948-2800
Facsimile: 415-948-2808

3
4  Dated: March 19, 2012                        KELLER AND HECKMAN LLP
5
6                                               By: /s/ *Howard I. Miller*
7                                                   Daniel J. Herling
                                                    Michelle Gillette
8                                                   Howard Miller
                                                Attorneys for Defendant Similasan Corporation
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 12CV0376 BTM WMC                    2
NOTICE OF APPEARANCE OF HOWARD I. MILLER ON BEHALF OF DEFENDANT SIMILASAN CORPORATION

**CERTIFICATE OF SERVICE (F.R.C.P. § 5)**

I am over the age of eighteen years and not a party to the within action; I am employed at Keller and Heckman LLP, and my business address is One Embarcadero Center, Suite 2110, San Francisco, California 94111.

On the date below I served the following document(s):

- **NOTICE OF APPEARANCE OF HOWARD I. MILLER ON BEHALF OF DEFENDANT SIMILASAN CORPORATION**

To:	Ronald A. Marron (SBN 175650)
	(Ron.Marron@gmail.com)
	Maggie K. Realin (SBN 263639)
	(Maggie.realin@yahoo.com)
	Skye Resendes (SBN 278511)
	(skyer@san.rr.com)
	LAW OFFICES OF RONALD A. MARRON
	3636 Fourth Ave., Suite 202
	San Diego, CA  92103
	Tel:  619-696-9006
	Fax: 619-564-6665

___  BY MAIL.  I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

___  BY PERSONAL SERVICE.  I caused such document(s) to be delivered by hand to the office of the person(s) listed above.

___  BY FEDERAL EXPRESS.  I caused such document(s) to be delivered by Federal Express to the office of the person(s) listed above.

___  BY FACSIMILE TRANSMISSION.  I caused such document(s) to be delivered by facsimile transmission at or about <u>Enter time</u> on that date.  The transmission was reported as complete and without error.  A copy of the transmission report, properly issued by the transmitting machine, is attached.  The names and facsimile numbers of the person(s) are as set forth above.

**X**  BY US DIST. COURT ELECTRONIC CASE FILING SERVICE.  At the direction of a member of this Bar, via the U.S. District Court for the Southern District of California Electronic Case Filing service through the Keller and Heckman LLP's electronic mail system to the email addressees set forth above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 19, 2012, at San Francisco, California.

		/s/ *Christopher M. Davis*
		Christopher Davis

4829-1314-7662, v. 1

Case No. 12CV0376 BTM WMC	3
NOTICE OF APPEARANCE OF HOWARD I. MILLER ON BEHALF OF DEFENDANT SIMILASAN CORPORATION