**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron.marron@gmail.com*
3636 4th Avenue, Suite 202
San Diego, California 92103
Tel.: (619) 696-9006
Fax: (619) 564-6665

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMILASAN CORPORATION; AND SIMILASAN AG.,<br><br>Defendants. | CASE NO. 12-CV-0376 BTM WMC<br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE OF BEATRICE SKYE RESENDES AS COUNSEL OF RECORD FOR PLAINTIFF KIM ALLEN**<br><br>Judge:    Hon. Barry T. Moskowitz<br>Chambers:  15 |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Beatrice Skye Resendes hereby appears as additional counsel for Plaintiff Kim Allen, in the above referenced action.

All pleadings and papers should be served electronically in this action via ECF to skye@consumersadvocates.com.

DATED: April 2, 2012                   Respectfully submitted,

s/ Beatrice Skye Resendes<br>
Attorney for Plaintiff<br>
Email: skye@consumersadvocates.com