Attorney for   Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, an individual, on behalf of herself and all others similarly situated, Plaintiffs,<br><br>vs.<br><br>SIMILISAM CORPORATION; AND SIMILISAN AG., Defendants. | Case No.  12-CV-0376 BTM WMC<br><br>NOTICE OF CHANGE OF ADDRESS |

<u>NOTICE OF CHANGE OF ADDRESS</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT  RONALD A. MARRON has changed _____ names, _____ firms, __✓__ addresses, _____ phone numbers, and/or _____ fax numbers as follows.

Current contact information:

ron@consumersadvocates.com

DATED: April 13, 2012                    Signature: _____