LAW OFFICES OF RONALD A. MARRON, APLC
RONALD A. MARRON (175650)
ron.marron@gmail.com
3636 4th Avenue, Suite 202
San Diego, California 92103
Tel.: (619) 696-9006
Fax: (619) 564-6665

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMILASAN CORPORATION; AND SIMILASAN AG.,<br><br>Defendants. | CASE NO. 12-CV-0376 BTM WMC<br>CLASS ACTION<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:   Hon. Barry T. Moskowitz<br>Chambers:   15 |

1

1. I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is The Law Offices of Ronald A. Marron, APLC, 3636 4th Avenue, Suite 202, San Diego, California, 92103. On April 13, 2012, I served the following documents:

    **1. NOTICE OF CHANGE OF ADDRESS**

by notice of Electronic Filing, which is a notice automatically generated by the CM/ECF system at the time the document listed above was filed with this Court, to lead counsel listed by CM/ECF as "ATTORNEY TO BE NOTICED."

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on April 13, 2012, in San Diego, California.

_____
Heather Mora