**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
SKYE RESENDES (278511)
*skye@consumersadvocates.com*
WILLIAM B. RICHARDS, JR. (298552)
*bill@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
[Additional Counsel listed on signature page]

*Class Counsel*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, LAINIE RIDEOUT, and KATHLEEN HAIRSTON, on behalf of themselves, all others similarly situated, and the general public,<br><br>   Plaintiffs,<br><br>   v.<br><br>SIMILASAN CORPORATION,<br><br>   Defendant. | Case No. 3:12-cv-00376-BAS-JLB<br>CLASS ACTION<br><br>**DECLARATION OF RONALD A. MARRON IN OPPOSITION TO DEFENDANT'S MOTION TO DECERTIFY CLASSES**<br><br>Judge:   Hon. Cynthia A. Bashant<br>Date:    October 13, 2015<br>Room:   4B (Schwartz Courthouse)<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Complaint filed: February 10, 2012<br>Trial Date:       March 29, 2016 |

I, Ronald A. Marron, declare as follows:

1. I am an attorney at the Law Office of Ronald A. Marron, APLC, counsel for Plaintiffs and the Class in this action. I am a member in good standing of the State Bar of California; the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California; and the Ninth Circuit Court of Appeals. I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would testify competently thereto.

2. I submit this declaration in Opposition to Defendant Similasan Corporation's Motion to Decertify Classes (Dkt. No. 164).

3. Attached hereto as **Exhibit 1** is a true and correct copy of the FTC Staff Comments submitted to the FDA in Response to a Request for Comments Related to its Public Hearing on Homeopathic Product Regulation: Evaluating the Food and Drug Administration's Regulatory Framework After a Quarter-Century, dated August 21, 2015.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the FDA Online Label Repository, available at http://labels.fda.gov/ (last visited Sept. 28, 2015).

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Order on Mot. for Summary Judgment in *Forcellati, et al. v. Hyland's, Inc., et al.* (CV 12-1983-GHK (MRWx), dated January 12, 2015.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Food and Drug Administration's Compliance Policy Guide § 400.400 ("CPG"), which applies to the Products in this case.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the deposition of Laura Stamm, dated August 19, 2015.

8. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the deposition of Peter Fisher, dated August 18, 2015.

9. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the

1 | deposition of Robert Field, dated August 19, 2015.

2 |     10.    Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the
3 | deposition of Hal Poret, dated August 18, 2015.

4 |     I declare under penalty of perjury under the laws of the United States of
5 | America that the foregoing is true and correct.

6 |     Executed this 29th day of September 2015 in San Diego, California.

*/s/ Ronald A. Marron*
By: RONALD A. MARRON
*ron@consumersadvocates.com*

**LAW OFFICES OF RONALD A. MARRON, APLC**

RONALD A. MARRON
SKYE RESENDES
WILLIAM B. RICHARDS, JR.
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

John H. Gomez
*john@gomeztrialattorneys.com*
John P. Fiske
*jfiske@gomeztrialattorneys.com*
Deborah S. Dixon
*ddixon@gomeztrialattorneys.com*
**GOMEZ TRIAL ATTORNEYS**
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Dean A. Goetz
*dgoetz12@gmail.com*
**THE GOETZ FIRM, LLC**
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Telephone: (858) 481-8844
Facsimile: (858) 481-2139

*Class Counsel*