**LAW OFFICES OF RONALD**
**A. MARRON, APLC**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
skye@*consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

[Additional counsel listed on signature page]

*Class Counsel*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, LAINIE RIDEOUT and KATHLEEN HAIRSTON, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>SIMILASAN CORPORATION,<br><br>Defendant. | Case No.: 3:12-cv-376-BTM (WMC)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S EXHIBIT LIST**<br><br>Judge: Hon. Cynthia A. Bashant<br>Roon: 4B (Schwartz Courthouse)<br><br>Complaint Filed: February 10, 2012<br>Trial Date: March 29, 2016<br>Pretrial Conference: February 1, 2016<br>Conference Time: 11:00 am |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 26(a)(3) and this Court's Scheduling Order entered April 16, 2015 [ECF No. 149], Plaintiffs Lainie Rideout and Kathleen Hairston ("Plaintiffs") hereby submit the following objections to Defendant Similasan Corporation's exhibit list contained in their pretrial disclosures [ECF No. 189]:

| No. | Date Marked | Date Admitted | Description | Objection |
|---|---|---|---|---|
| 500. | | | JOCs SIM 00050012-50264 | FRE 602, 801, 802, 901 |
| 501. | | | JOCs SIM 00042974-43002 | FRE 602, 802, 901 |
| 502. | | | Pharmacy Times 2008 SIM 00003768-3770 | FRE 401, 402, 602, 801, 802, 901 |
| 503. | | | Pharmacy Times 2010 SIM 00027759 | FRE 401, 402, 602, 801, 802, 901 |
| 504. | | | Word of Mom - PER SIM 00016472 | FRE 401, 402, 602, 801, 802, 901 |
| 505. | | | similasan wayback 1-2008 (http://www.similasanusa.com/HowOurProductsWork.cfm) | FRE 801, 802 |
| 506. | | | similasan wayback 1-2010 (http://www.similasanusa.com/HowOurProductsWork.cfm) | FRE 801, 802 |
| 507. | | | similasan wayback 4-2012 (http://www.similasanusa.com/abouthomeopathy) | FRE 801, 802 |
| 508. | | | http://www.similasanusa.com/about-homeopathy | FRE 801, 802 |
| 509. | | | http://www.similasanusa.com/faqs | FRE 801, 802 |
| 510. | | | Bellavite, et al., Advances in homeopathy and immunology: a review of clinical research SIMX001054 | FRE 401, 402, 403, 602, 801, 802, 901 |

| | | | | | |
|---|---|---|---|---|---|
| 511. | | | | Bond, Richard, Is paradoxical pharmacology a strategy worth pursuing? SIMX001055-1058 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 512. | | | | Brinkhaus, et al., Homeopathic arnica therapy in patients receiving knee surgery: Results of three randomized double-blind trials SIMX 001059-1068 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 513. | | | | Calabrese, et al, The occurrence of hermetic dose responses in the toxicological literature, the hormesis database: an overview SIMX 001069-1081 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 514. | | | | Chatterjee, Barun, The mathematics of Dilution SIMX 001082-1085 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 515. | | | | Clausen, et al., Review of the use of high potencies in basic research on homeopathy SIMX 001086-1090 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 516. | | | | Colas, et al., Economic impact of homeopathic practice in general medicine in France SIMX001091-1099 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 517. | | | | Demangeat, Jean-Louis, Nanosized solvent superstructures in ultramolecular aqueous dilutions: twenty years' research using water proton NMR relaxation SIMX 001100-1118 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 518. | | | | Demangeat, Jean-Louis NMR water proton relaxation in unheated and heated ultrahigh aqueous dilutions of histamine: Evidence for an air-dependent supramolecular organization of water SIMX 001119-1126 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 519. | | | | Eskinazi, Daniel, Homeopathy Revisited SIMX001127-1133 | FRE 401, 402, 403, 602, 801, 802, 901 |

| | | | | | |
|---|---|---|---|---|---|
| 520. | | | | Fisher, et al., Correspondence SIMX 001134-1135 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 521. | | | | Grimaldi-Bensouda, et al., Management of Upper Respiratory Tract Infections by Different Medical Practices, Including Homeopathy, and Consumption of Antibiotics in Primary Care: The EP13 Cohort Study in France 2007-2008 SIMX 001135-1141 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 522. | | | | Grimaldi-Bensouda, et al., Utilization of psychotropic drugs by patients consulting for sleeping disorders in homeopathic and conventional primary care settings: the EP13 cohort study SIMX 001142-1148 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 523. | | | | Haidvogl, et al., Homeopathic and conventional treatment for acute respiratory and ear complaints: A comparative study on outcome in the primary care setting SIMX 001148-1158 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 524. | | | | Jonas, et al., Homeopathy and Rheumatic Disease SIMX 001159-1165 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 525. | | | | Lindt, et al., Correspondence SIMX 001173-1174 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 526. | | | | Ludtke, et al., The conclusions on the effectiveness of homeopathy highly depend on the set of analyzed trials SIMX 001175-1182 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 527. | | | | Mathie, et al., Randomised placebo-controlled trials of individualized homeopathic | FRE 401, 402, 403, 602, 801, 802, 901 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | treatment: systematic review and meta-analysis SIMX 001183-1198 |  |
| 528. |  |  | Montagnier, et al., Transduction of DNA information through water and electromagnetic waves SIMX 001199-1205 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 529. |  |  | Rey, Louis, Thermoluminescence of ultra-high dilutions of lithium chloride SIMX 001206-1213 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 530. |  |  | Shang, et al., Are the clinical effects of homeopathy placebo effects? SIMX 001214-1220 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 531. |  |  | Venard, et al., Comparative Analysis of Gelsime and *Gelsemium sempervirens* Activity on Neurosteroid Allopregnanolone Formation in the Spinal Cord and Limbic System SIMX 001221-1231 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 532. |  |  | Witt, et al., The *in vitro* evidence for an effect of high homeopathic potencies – A systematic review of the literature SIMX 001232-1242 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 533. |  |  | Witt, et al., Homeopathic medical practice: Long term results of a cohort study with 3981 patients SIMX 001243-1250 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 534. |  |  | Witt, et al., Outcome and costs of homeopathic and conventional treatment strategies: A comparative cohort study in patients with chronic disorders SIMX 001252-1258 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 535. |  |  | Compliance Policy Guide Sec. 400.400 |  |
| 536. |  |  | Amazon.com and website testimonials SIM00022769-22771 | FRE 401, 402, 403, 602, 801, 802, 901 |

| | | | | | |
|---|---|---|---|---|---|
| 537. | | | | Earache relief from glycerin | FRE 401, 402, 403, 602, 801, 802, 901 |
| 538. | | | | Saline nasal irrigation | FRE 401, 402, 403, 602, 801, 802, 901 |
| 539. | | | | Nielson data, SIM 00050386 – 50389 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 540. | | | | Similasan Nielsen Xtab Rpt 1 21 15 SIM00050386-50389 (Native) | FRE 401, 402, 403, 602, 801, 802, 901 |
| 541. | | | | Plaintiff Lanie Rideout's Responses to Defendant Similasan Corporation's 1st Set of Interrogatories 2014-01-31 | FRE 401-403 |
| 542. | | | | Plaintiff Lanie Rideout's First Set of Supplemental Responses to Defendant Similasan Corporation's 1st Set of Interrogatories 2014-03-14 | FRE 401-403 |
| 543. | | | | Plaintiff Lanie Rideout's Second Set of Supplemental Responses to Defendant Similasan Corporation's 1st Set of Interrogatories 2014-06-30 | FRE 401-403 |
| 544. | | | | Plaintiff Lanie Rideout's Responses and Objections to Defendant Similasan Corporation's Interrogatories (Set Two) 2015-08-28 | FRE 401-403 |
| 545. | | | | Plaintiff Lanie Rideout's Responses to Defendant Similasan Corporation's 1st Set of Requests for Admission 2015-08-28 | FRE 401-403 |
| 546. | | | | Plaintiff Kathleen Hairston's Responses to Defendant Similasan Corporation's 1st Set of Interrogatories 2014-01-31 | FRE 401-403 |

| # | | | Description | Objection |
|---|---|---|---|---|
| 547. | | | Plaintiff Kathleen Hairston's First Set of Supplemental Responses to Defendant Similasan Corporation's 1st Set of Interrogatories 2014-03-14 | FRE 401-403 |
| 548. | | | Plaintiff Kathleen Hairston's Second Set of Suppl Responses to Defendant Similasan Corporation's 1st Set of Interrogatories 2014-04-15 | FRE 401-403 |
| 549. | | | Plaintiff Kathleen Hairston's 3rd Set of Suppl Responses to Similasan Corporation's 1st Set of Interrogatories 2014-06-30 | FRE 401-403 |
| 550. | | | Plaintiff Kathleen Hairston's 4th Set of Suppl Responses to Defendant Similasan Corporation's 1st Set of Interrogatories 2014-05-06 | FRE 401-403 |
| 551. | | | Plaintiff Kathleen Hairston's Responses and Objections to Defendant Similasan Corporation's Interrogatories (Set Two) 2015-08-28 | FRE 401-403 |
| 552. | | | Plaintiff Kathleen Hairston's Responses to Defendant Similasan Corporation's First Set of Requests for Admission 2015-08-28 | FRE 401-403 |
| 553. | | | 2007-2008 Financial Statements SIM 26780-26797 | |
| 554. | | | 2009-2010 Financial Statements SIM 27149-27166 | |
| 555. | | | 2010-2011 Financial Statements SIM 27173-27188 | |
| 556. | | | 2011-2012 Financial Statements SIM 50322-50341 | |
| 557. | | | 2013-2014 Financial Statements SIM 31012-31027 | |
| 558. | | | ECRM Eye_Ear August 2010_v3 SIM 0000758 | |

| | | | | | |
|---|---|---|---|---|---|
| 559. | | | | IRI data SIM 50358 | |
| 560. | | | | Nielsen data SIM 001217 | |
| 561. | | | | Nielsen data SIM 001223 | |
| 562. | | | | Nielsen data SIM 001229 | |
| 563. | | | | Similasan 2008 wholesale price list SIM 000423 | |
| 564. | | | | Similasan 2102 wholesale price list SIM0025345 | |
| 565. | | | | Similasan 2010 Marketing Plan Eye Care and Cough Syrups SIM 000011 | |
| 566. | | | | Similasan Earache, Nasal, and Well-Being categories presentation SIM 000018 | |
| 567. | | | | Similasan Monthly POS Overview Snippet 2-22-15 SIM 0048492-48497 | |
| 568. | | | | Similasan quarterly profit report 2008-2012 (woHFR) SIM 0030961-30967 | |
| 569. | | | | Similasan summary of profit in CA SIM 0050345-50351 | FRE 602, 901 |
| 570. | | | | Gilli, et al., Enthalpy-Entropy Compensation in Drug Receptor Binding SIMX 0000941-944 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 571. | | | | City of San Diego Water Fluoridation SIMX000945-947 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 572. | | | | U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water SIMX 000948-961 | FRE 401-403 |
| 573. | | | | McGivern, Joseph, Ziconotide: a review of its pharmacology and use in the treatment of pain SIMX 000962-979 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 574. | | | | Smith, et al., Beyond Picomolar Affinities: Quantitative Aspects of Noncovalent Binding of Drugs to Proteins SIMX 000980-988 | FRE 401, 402, 403, 602, 801, 802, 901 |

| # | | | | Description | Objections |
|---|---|---|---|---|---|
| 575. | | | | Schramm, Vern L., Transition States, Analogues, and Drug Development SIMX 000989-999 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 576. | | | | Liu, et al., Femtomolar Concentrations of Dynorphins Protect Rat Mesencephalic Dopaminergic Neurons Against Inflammatory Damage SIMX 001000-1008 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 577. | | | | Chiba, et al., Development of Femtomolar-Acting Hunam Derivative Named Colivelin… SIMX 001009-1018 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 578. | | | | Kuntz, et al., The maximal affinity of ligands SIMX 001019-1024 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 579. | | | | Singh, et al., The resurgence of covalent drugs SIMX 001025-1035 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 580. | | | | Singh, et al., Targeted covalent drugs of the kinase family SIMX 001036-1041 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 581. | | | | Carmi, et al., Clinical Perspectives for irreversible tyrosine kinase inhibitors in cancer SIMX 001042-1053 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 582. | | | | Williams, et al., Relationship between the humidity and temperature of inspired gas and the function of the airway mucosa SIMX_000019-33 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 583. | | | | Hostanka, et al., BMC Complementary and Alternative Medicine 2012, 12:100 SIM 00050311 – 50320 | FRE 401, 402, 403, 602, 801, 802, 901 |
| 584. | | | | Freeman & Mills Retainer Agreement ACKERMAN000001-000007 | FRE 602, 901, 401-403 |

| # | | | Description | Objections |
|---|---|---|---|---|
| 585. | | | Heart Clinic of San Antonio articles regarding homeopathy Lee_Similasan 00238-248 | FRE 401, 402, 403, 602, 801, 802, 901 (not exchanged) |
| 586. | | | Agreement for Retaining Consulting Services of Jon A. Krosnick KROSNICK000001 | FRE 602, 901, 401-403 |
| 587. | | | PLSIMILASAN000001-000290 | FRE 401, 402, 403, 602, 801, 802, 901 (not exchanged) |
| 588. | | | PER/IER Form 766 and recondition approval, SIM0025696-25705 et seq. | FRE 401, 402, 403, 602, 801, 802, 901 (not exchanged) |
| 589. | | | Form 766 SIM0050342-50344 | FRE 401, 402, 403, 602, 801, 802, 901 (not exchanged) |

**GOMEZ TRIAL ATTORNEYS**

Dated: January 11, 2016

*/s/ Deborah S. Dixon*
JOHN H. GOMEZ (SBN 171485)
*john@gomeztrialattorneys.com*
DEBORAH S. DIXON (SBN 248965)
*ddixon@gomeztrialattorneys.com*
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Fax: (619) 237-3496

| | |
|---|---|
| 1 | **LAW OFFICES OF RONALD A. MARRON, APLC** |
| 2 | Ronald A. Marron |
| 3 | *ron@consumersadvocates.com* |
| | SKYE RESENDES (SBN 278511) |
| 4 | skye@*consumersadvocates.com* |
| 5 | 651 Arroyo Drive |
| | San Diego, CA 92103 |
| 6 | Telephone: (619) 696-9006 |
| 7 | Facsimile: (619) 564-6665 |

**THE GOETZ FIRM, LLC**
DEAN A. GOETZ (SBN 65949)
*dgoetz12@gmail.com*
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Telephone: (858) 481-8844
Fax: (858) 481-2139

*Class Counsel*