# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name:   **Allen et al. v. Similasan Corporation**      Case No.:   **12cv376 BAS (JLB)**

Hon. Jill L. Burkhardt    Ct. Deputy Roi-Ann Bressi    Rptr. Tape:

On January 14, 2016, the Court received a voicemail from Plaintiffs' counsel Deborah Dixon indicating that counsel for all parties would like to schedule a joint telephonic status conference regarding settlement of this matter with Magistrate Judge Jill L. Burkhardt. In light of this information, **IT IS HEREBY ORDERED** that a telephonic, counsel only Status Conference is set for Friday, **January 22, 2016**, at **3:00 PM**. Counsel shall place a joint call to Judge Burkhardt's chambers for purposes of the Conference.

**IT IS HEREBY FURTHER ORDERED** that on or before **January 21, 2016**, at **1:30 PM**, counsel shall lodge with the Court via e-mail at efile_burkhardt@casd.uscourts.gov a joint statement outlining the issues to be discussed during the January 22, 2016 telephonic Status Conference and the parties' positions on each issue. The joint statement shall not exceed five pages in length, exclusive of any exhibits.

Date:  January 19, 2016                                                     Initials:  lc1