**GOMEZ TRIAL ATTORNEYS**
JOHN H. GOMEZ (SBN 171485)
*john@gomeztrialattorneys.com*
DEBORAH S. DIXON (SBN 248965)
*ddixon@gomeztrialattorneys.com*
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Fax: (619) 237-3496

*Class Counsel*

**CROWELL & MORING LLP**
MICHELLE GILLETTE (SBN 178734)
*mgillette@crowell.com*
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

*Counsel for Defendant Similasan Corporation*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, LAINIE RIDEOUT and KATHLEEN HAIRSTON, on behalf of themselves, all others similarly situated, and the general public,<br><br>            Plaintiffs,<br>  v.<br><br>SIMILASAN CORPORATION,<br><br>            Defendant. | Case No.: 3:12-cv-00376-BAS-JLB<br><br>**CLASS ACTION**<br><br><br>**JOINT MOTION ADVISING OF SETTLEMENT OF THE CASE**<br><br><br>Judge: Hon. Cynthia A. Bashant<br>Magistrate Judge: Hon. Jill L. Burkhardt<br>Room: 4B (Schwartz Courthouse) |

Pursuant to Judge Bashant's Standing Order For Civil Cases, section 8, "Settlement and Dismissal," the parties hereby submit this Joint Motion Advising of Settlement of the Case.

The parties hereby notify the Court that they have agreed to a settlement and anticipate signing a settlement agreement within 7-10 court days of this filing.

Further, the parties jointly request the following dates be taken off-calendar:

| | |
|---|---|
| Final Pretrial Conference | February 1, 2016 |
| Motions *in limine* due | February 16, 2016 |
| Responses to Motions *in limine*, joint jury instructions, proposed verdict form, voir dire questions, and statement of the case due. | February 29, 2016 |
| Hearing on motions *in limine* | March 21, 2016 at 10:30 am |
| Exchange final exhibit and witness lists | March 22, 2016 |
| Trial date | March 29, 2016 |

Plaintiffs will file the Motion for Preliminary Approval of Class Action Settlement within 45 court days, or by the date set by the Court.

**GOMEZ TRIAL ATTORNEYS**

Dated: January 25, 2016

*/s/ Deborah S. Dixon*
JOHN H. GOMEZ (SBN 171485)
*john@gomeztrialattorneys.com*
DEBORAH S. DIXON (SBN 248965)
*ddixon@gomeztrialattorneys.com*
655 West Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Fax: (619) 237-3496

1

*Allen v. Similasan Corp.*, No. 3:12-cv-376-BTM (WMC)
JOINT MOTION REGARDING SETTLEMENT OF CASE

**LAW OFFICES OF RONALD A. MARRON, APLC**
Ronald A. Marron
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
skye@*consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**THE GOETZ FIRM, LLC**
DEAN A. GOETZ (SBN 65949)
*dgoetz12@gmail.com*
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Telephone: (858) 481-8844
Fax: (858) 481-2139

*Class Counsel*


**CROWELL & MORING LLP**

Dated: January 25, 2016        */s/ Michelle Gillette*
MICHELLE GILLETTE (SBN 178734)
*mgillette@crowell.com*
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC**
DANIEL J. HERLING (SBN 103711)
*djherling@mintz.com*
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone: (415) 432-6000
Facsimile: (415) 986-2824

*Counsel for Defendant Similasan Corporation*