# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, LAINIE RIDEOUT, and KATHLEEN HAIRSTON, on behalf of themselves, all others similarly situated, and the general public,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>SIMILASAN CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 12-cv-376-BAS-JLB<br><br>**ORDER VACATING DATES** |

In light of the notice of settlement filed by the parties on January 25, 2016, (ECF No. 196), the Court hereby **VACATES** all upcoming hearing and trial dates. (ECF Nos. 149, 196.) The parties shall submit their motion for preliminary approval no later than **March 31, 2016**.

**IT IS SO ORDERED.**

DATED: January 27, 2016

Hon. Cynthia Bashant
United States District Judge