# Table of Exhibits

| Exhibit Number | EXHIBIT DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| 1 | Class Action Settlement Agreement | 1-70 |
| 2 | Law Offices of Ronald A. Marron Resume | 71-80 |