**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
*skye@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiffs and the Proposed Class*

**CROWELL & MORING LLP**
MICHELLE GILLETTE (SBN 178734)
*mgillette@crowell.com*
JOSHUA T. FOUST (SBN 296285)
*jfoust@crowell.com*
MINA NASSERI-ASGHAR (SBN 274648)
*mnasseriasghar@crowell.com*
275 Battery Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 986-2800

*Attorneys for Similasan Corporation*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIM ALLEN, et al., on behalf of themselves, all others similarly situated, and the general public,<br><br>        Plaintiffs,<br><br>    v.<br><br>SIMILASAN CORPORATION,<br><br>        Defendant. | Case No. 3:12-cv-00376-BAS(JLB)<br>CLASS ACTION<br><br>**JOINT NOTICE OF ERRATA** |

1 | Plaintiffs and appointed Class Representatives Lainie Rideout and Kathleen Hairston ("Plaintiffs"), by and through their counsel of record, and Defendant Similasan Corporation, by and through its counsel of record, respectfully file this Notice of Errata, to correct a typographical error in the Settlement Agreement filed with this Court (Dkt. 202-4, "Agreement").

On March 31, 2016, the parties filed the Agreement, unaware that it contained a scrivener's error as to the deadline to object to the Agreement. The Parties intended that the Class Members' deadline to opt out and object to the Agreement should be thirty (30) days before the Final Approval hearing date, as stated in paragraphs 9.5.1, 9.5.2, and 9.5.3 of the Agreement. Consistent with that understanding, the Court set the deadline to opt out and object as thirty (30) days before the Final Approval hearing date in its Preliminary Approval Order (Dkt. 204). But, the Agreement contains a scrivener's error in paragraph 9.5.5 of the Agreement: that paragraph incorrectly states the deadline to object is "twenty-one days before the Final Approval Hearing." This is a scrivener's error and artefact from a prior version of the agreement, conflicts with paragraphs 9.5.1 through 9.5.3 of the Agreement, and conflicts with the Court's Preliminary Approval Order.

To avoid any confusion, the Parties therefore file this Notice of Errata to correct the following:

The words "twenty-one" in paragraph 9.5.5 of the Agreement (Dkt. No. 202-4, at ECF page 15) are stricken, and in their place now reads "thirty."

Dated: May 18, 2016

Respectfully submitted,

**LAW OFFICES OF RONALD A. MARRON**
By: /s/ Ronald A. Marron
*ron@consumeradvocates.com*
RONALD A. MARRON
SKYE RESENDES
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiffs and the Class*

1

*Allen et al. v. Similasan Corp., et al.,* Case No. 3:12-CV-00376 BAS (JLB)
JOINT EX PARTE NOTICE OF ERRATA

Dated: May 18, 2016

**CROWELL & MORING LLP**

By: /s/ *Michelle Gillette*
*MICHELLE GILLETTE*
*mgillette@crowell.com*
JOSHUA T. FOUST
*jfoust@crowell.com*
MINA NASSERI-ASGHAR
*mnasseriasghar@crowell.com*
275 Battery Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 986-2800

*Attorneys for Defendant Similasan Corporation*

2

## CERTIFICATION OF APPROVAL OF CONTENT

Counsel for Plaintiffs, Ronald Marron, certifies that, pursuant to Section 2.f.4. of the Court's CM/ECF Administrative Policies, Defendant's counsel, Michelle Gillette, has reviewed the contents of this Joint Ex Parte Motion to Amend Settlement Agreement and Clarify Agreement and authorized placement of her electronic signature on this document.

Dated: May 18, 2016        /s/ Ronald Marron
                           RONALD MARRON
                           **Class Counsel**