**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
*skye@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiffs and the Proposed Class*

**CROWELL & MORING LLP**
MICHELLE GILLETTE (SBN 178734)
*mgillette@crowell.com*
JOSHUA T. FOUST (SBN 296285)
*jfoust@crowell.com*
MINA NASSERI-ASGHAR (SBN 274648)
*mnasseriasghar@crowell.com*
275 Battery Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 986-2800

*Attorneys for Similasan Corporation*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, et al., on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SIMILASAN CORPORATION,<br><br>Defendant. | Case No. 3:12-cv-00376-BAS(JLB)<br>**CLASS ACTION**<br><br>**JOINT EX PARTE MOTION TO CORRECT SCRIVENER'S ERROR IN SETTLEMENT AGREEMENT AND CLARIFY NOTICE** |

1      Plaintiffs and appointed Class Representatives Lainie Rideout and Kathleen

2   Hairston ("Plaintiffs"), by and through their counsel of record, and Defendant Similasan

3   Corporation, by and through its counsel of record, respectfully move this Court, *ex parte*,

4   for an Order correcting a typographical error in the Settlement Agreement filed with this

5   Court (Dkt. 202-4, "Agreement"), and to clarify the notice program in this case.

6      On March 31, 2016, the parties filed the Agreement, unaware that it contained a

7   scrivener's error as to the deadline to object to the Agreement.  The Parties intended that

8   the Class Members' deadline to opt out and object to the Agreement should be thirty (30)

9   days before the Final Approval hearing date, as stated in paragraphs 9.5.1, 9.5.2, and 9.5.3

10   of the Agreement.  Consistent with that understanding, the Court set the deadline to opt out

11   and object as thirty (30) days before the Final Approval hearing date in its Preliminary

12   Approval Order (Dkt. 204).  But, the Agreement contains a scrivener's error in paragraph

13   9.5.5 of the Agreement, which paragraph incorrectly states the deadline to object is

14   "twenty-one days before the Final Approval Hearing."  This scrivener's error is an artefact

15   from a prior version of the agreement, conflicts with paragraphs 9.5.1 through 9.5.3 of the

16   Agreement which do reflect the Parties' intent, and conflicts with the Court's Preliminary

17   Approval Order.  Therefore, the Court should order that the words "twenty-one" in

18   paragraph 9.5.5 now read "thirty."  In addition, the Parties are concurrently filing a Notice

19   of Errata, to correct the scrivener's error.

20      Second, the Parties request the Court's approval that they proceed with Media

21   Option 1 for Notice, as reflected at Dkt. No. 202-4, ECF page 35, *et seq.*, plus other

22   modifications deemed necessary after the Notice Plan was obtained.  The Parties' new

23   intended Notice Plan will eliminate Reader's Digest, but add Spanish language translation

24   of the long Notice plus add Telephone Support, including Interactive Voice Recording

25   (IVR) with an option to speak with a live operator.  The Parties believe the revised Notice

26   Plan complies with due process and will enhance notice.

27

28

1

1   For the foregoing reasons, the parties respectfully request this Court grant their *ex*

2   *parte* application.

3

4   Dated: May 18, 2016                    Respectfully submitted,

5                                          **LAW OFFICES OF RONALD A. MARRON**
                                           By:  /s/ Ronald A. Marron
6                                          *ron@consumeradvocates.com*
                                           RONALD A. MARRON
7                                          SKYE RESENDES
                                           651 Arroyo Drive
8                                          San Diego, California 92103
                                           Telephone: (619) 696-9006
                                           Facsimile: (619) 564-6665
9
10                                         *Attorneys for Plaintiff and the Proposed Class*

11  Dated: May 18, 2016                    **CROWELL & MORING LLP**
                                           By: /s/ Michelle Gillette
12                                         *MICHELLE GILLETTE*

13                                         *mgillette@crowell.com*
                                           JOSHUA T. FOUST
14                                         *jfoust@crowell.com*

15                                         MINA NASSERI-ASGHAR

                                           *mnasseriasghar@crowell.com*
16                                         275 Battery Street, Suite 2300

17                                         San Francisco, California 94111
                                           Telephone: (415) 986-2800
18
                                           *Attorneys for Defendant Similasan Corporation*
19

20

21

22

23

24

25

26

27

28
                                          2

## CERTIFICATION OF APPROVAL OF CONTENT

Counsel for Plaintiffs, Ronald Marron, certifies that, pursuant to Section 2.f.4. of the Court's CM/ECF Administrative Policies, Defendant's counsel, Michelle Gillette, has reviewed the contents of this Joint Ex Parte Motion to Amend Settlement Agreement and Clarify Notice and authorized placement of her electronic signature on this document.


Dated:   May 18, 2016                     /s/ Ronald Marron

                                          RONALD MARRON
                                          *Class Counsel*

3