1

2

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
skye@*consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

3

4

5

6

7

8

*Attorneys for Plaintiffs and the Class*

9

10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

11

12

13

14

15

16

17

18

19

KIM ALLEN and LAINIE RIDEOUT, on behalf of themselves, all others similarly situated, and the general public,

           Plaintiffs,

v.

SIMILASAN CORPORATION

           Defendant.

Case No.: 3:12-cv-376-BAS(JLB)
CLASS ACTION

**DECLARATION OF RONALD A. MARRON IN SUPPORT OF JOINT EX PARTE MOTION TO CORRECT SCRIVENER'S ERROR IN SETTLEMENT AGREEMENT AND CLARIFY NOTICE**

20

I, Ronald A. Marron, hereby declare:

21

       1.    I am counsel of record for Plaintiffs and the Class in this action. I am a

22

member in good standing of the State Bar of California, the United States District Court

23

for the Northern, Central, Eastern and Southern Districts, and the Ninth Circuit Court

24

of Appeal.

25

       2.    I submit this Declaration in support of the parties' Joint Ex Parte Motion

26

to Correct Scrivener's Error in Settlement Agreement and Clarify Notice. I make this

27

Declaration based on my personal knowledge and, if called to testify, I could and would

28

competently testify to the matters contained herein.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3.      The parties in this action intended for the Settlement Agreement to have a thirty-day window between the opt out/objection deadline and the Final Approval Hearing.  When the Settlement Agreement was prepared, a deadline of twenty-one days was mistakenly left in one part of the Agreement (paragraph 9.5.5), but the correct thirty-day window was included in other parts of the Agreement (paragraphs 9.5.1 – 9.5.3).  This was purely a scrivener's error and does not reflect the intent of the parties.  Consistent with paragraphs 9.5.1 through 9.5.3, the briefing on the issue, and the resulting Preliminary Approval Order (Dkt. 204), there should be a thirty-day window so that Class Counsel can review any objections and brief any issues raised by the objections, with sufficient time for the Court to review both.  The scrivener's error in 9.5.5 is not substantive and should be corrected to be consistent with other provisions on the same subject, namely, that a thirty-day window be provided.

4.      In my opinion, the parties' modified notice plan, which will include Spanish language translation and Telephone Support, complies with due process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 18th day of May 2016 in San Diego, California.

/s/ Ronald A. Marron
RONALD A. MARRON
ron@consumersadvocates.com

**Class Counsel**