**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
*skye@consumersadvocates.com*
WILLIAM B. RICHARDS, JR. (SBN 298552)
*bill@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 546-6665
[Additional counsel on signature page]

*Class Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, LAINIE RIDEOUT, and KATHLEEN HAIRSTON, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SIMILASAN CORPORATION,<br><br>Defendant. | CASE NO.: 3:12-cv-00376-BAS (JLB)<br>CLASS ACTION<br><br>**NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 209**<br><br>Judge:        Hon. Cynthia A. Bashant<br>Courtroom: 4B (Schwartz Courthouse) |

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on June 17, 2016, Plaintiffs filed a Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Attorneys Fees, Costs, and Incentive Awards, Declarations of Ronald A. Marron, Deborah S. Dixon, Dean Goetz, Lainie Rideout and Kathleen Hairston. (Dkt. No. 209). On June 20, this Court requested that Plaintiffs' we file a Notice of Motion to go along with their moving papers. Accordingly, Plaintiffs hereby withdraw their Motion (Dkt. No. 209), which was filed on June 17, 2016.

Pursuant to the Court's June 20, 2016 notification, Plaintiffs are re-filing their Memorandum of Points and Authorities, Declarations, along with a Notice of Motion.

Dated: June 20, 2016                     Respectfully submitted,

*/s/ Ronald A. Marron*
RONALD A. MARRON
*ron@consumersadvocates.com*
SKYE RESENDES
*skye@consumersadvocates.com*
WILLIAM B. RICHARDS, JR.
*bill@consumersadvocates.com*
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, California 92101
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

JOHN H. GOMEZ
*john@gomeztrialattorneys.com*
JOHN P. FISKE
*jfiske@gomeztrialattorneys.com*
DEBORAH S. DIXON
*ddixon@gomeztrialattorneys.com*
**GOMEZ TRIAL ATTORNEYS**
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490

*Allen v. Similasan Corp.*, No. 3:12-CV-00376 BAS (JLB)
**NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 209**

|    |                                      |
|----|--------------------------------------|
| 1  | Facsimile: (619) 237-3496            |
| 2  | DEAN A. GOETZ                        |
| 3  | *dgoetz12@gmail.com*                 |
|    | **THE GOETZ FIRM, LLC**              |
| 4  | 603 N. Coast Hwy 101, Ste. H         |
| 5  | Solana Beach, CA 92075               |
|    | Telephone: (858) 481-8844            |
| 6  | Facsimile: (858) 481-2139            |
| 7  | *Class Counsel*                      |