| | |
|---|---|
| 1 | **LAW OFFICES OF RONALD A. MARRON, APLC** |
| | RONALD A. MARRON (SBN 175650) |
| 2 | *ron@consumersadvocates.com* |
| 3 | SKYE RESENDES (SBN 278511) |
| | *skye@consumersadvocates.com* |
| 4 | WILLIAM B. RICHARDS, JR. (SBN 298552) |
| 5 | *bill@consumersadvocates.com* |
| | 651 Arroyo Drive |
| 6 | San Diego, California 92103 |
| 7 | Telephone: (619) 696-9006 |
| | Facsimile: (619) 546-6665 |
| 8 | [Additional counsel on signature page] |

*Class Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, LAINIE RIDEOUT, and KATHLEEN HAIRSTON, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SIMILASAN CORPORATION,<br><br>Defendant. | CASE NO.: 3:12-cv-00376-BAS (JLB)<br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES, COSTS AND INCENTIVE AWARDS**<br><br>(HEARING DATE SET BY ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [ECF NO. 204])<br><br>Judge: Hon. Cynthia A. Bashant<br>Courtroom: 4B (Schwartz Courthouse)<br>Date: Aug. 1, 2016<br>Time: 10:30 a.m. |

---

*Allen v. Similasan Corp.*, No. 3:12-CV-00376 BAS (JLB)
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES,
COSTS AND INCENTIVE AWARDS

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on August 1, 2016 at 10:30 a.m., or as soon thereafter
| 2 | as it may be heard, in Courtroom 4B before the Honorable Cynthia A. Bashant of the United
| 3 | States District Court for the Southern District of California, located at 221 West Broadway,
| 4 | San Diego, California 92101, Plaintiffs Lainie Rideout and Kathleen Hairston will, and
| 5 | hereby do, move this Court for an Order requesting that:

1. Plaintiffs' request for an order granting Plaintiffs an award of attorneys' fees to Class Counsel in the amount of $545,000, inclusive of costs; and
2. Incentive awards to Class Representatives in the amount of $2,500 each for their time and effort in this litigation.

This Motion is timely filed pursuant to Federal Rule of Civil Procedure 23.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declarations, all of the files and records of this action, and on any additional material that may be elicited at the hearing of this motion, for which Plaintiffs are requesting oral argument.

Dated: June 20, 2016                    Respectfully submitted,

/s/ Ronald A. Marron
RONALD A. MARRON
*ron@consumersadvocates.com*
SKYE RESENDES
*skye@consumersadvocates.com*
WILLIAM B. RICHARDS, JR.
*bill@consumersadvocates.com*
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, California 92101
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

JOHN H. GOMEZ
*john@gomeztrialattorneys.com*
JOHN P. FISKE
*jfiske@gomeztrialattorneys.com*
DEBORAH S. DIXON

---

*Allen v. Similasan Corp.*, No. 3:12-CV-00376 BAS (JLB)
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEY'S FEES,
COSTS AND INCENTIVE AWARDS

*ddixon@gomeztrialattorneys.com*
**GOMEZ TRIAL ATTORNEYS**
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

DEAN A. GOETZ
*dgoetz12@gmail.com*
**THE GOETZ FIRM, LLC**
603 N. Coast Hwy 101, Ste. H
Solana Beach, CA 92075
Telephone: (858) 481-8844
Facsimile: (858) 481-2139
*Class Counsel*