THEODORE H. FRANK (SBN 196332)
Competitive Enterprise Institute
  Center for Class Action Fairness
1899 L Street NW 12th Floor
Washington, DC 20036
Voice: (202) 331-2263
Email: ted.frank@cei.org

*Attorneys for Objector M. Frank Bednarz*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allen v. Similasan Corp.<br><br>M. Frank Bednarz,<br>　*Objector.* | Case No. 3:12-cv-0376-BAS (JLB)<br><br>**NOTICE OF APPEARANCE OF THEODORE H. FRANK ON BEHALF OF OBJECTOR M. FRANK BEDNARZ**<br><br>Judge:　　Hon. Cynthia Bashant<br>Courtroom: 4B<br>Date:　　　August 1, 2016<br>Time:　　　10:30 a.m. |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　PLEASE TAKE NOTICE that Theodore H. Frank of the Competitive Enterprise Institute's Center for Class Action Fairness, an attorney duly admitted to the Bar of this Court, is entering his appearance as counsel of record on behalf of Objector Michael Frank Bednarz.

*Allen v. Similasan*, Case No. 3:12-cv-0376-BAS (JLB)　　　　　　　　　　　　　　　　1
NOTICE OF APPEARANCE

1 All pleadings and papers should be served electronically in this action via ECF to tfrank@gmail.com.

Dated: July 1, 2016            Respectfully submitted,

*/s/ Theodore H. Frank*
Theodore H. Frank (SBN 196332)
COMPETIVE ENTERPRISE INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1899 L Street NW 12th Floor
Washington, DC 20036
ted.frank@cei.org
(202) 331-2263

*Attorney for Objector M. Frank Bednarz*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically served the foregoing on all CM/ECF participating attorneys at their registered email addresses, thus effectuating electronic service under S.D. Cal. L. Civ. R. 5.4(d).

DATED this 1st day of July, 2016.

/s/ Theodore H. Frank
Theodore H. Frank

# CERTIFICATE OF SERVICE PURSUANT TO CLASS NOTICE AND PRELIMINARY APPROVAL ORDER

Pursuant the requirements of class notice and Preliminary Approval Order, Dkt. 204 ¶ 23, I hereby certify that on this day I caused service of the forgoing on the following parties:

| | |
|---|---|
| Ronald A. Marron<br>Law Offices of Ronald A. Marron, APLC<br>651 Arroyo Drive<br>San Diego, CA 92103<br>Telephone: 619-696-9006 | *Via Federal Express* |
| Michelle Gillette<br>Crowell & Moring LLP<br>275 Battery St., 23rd Floor<br>San Francisco, CA 94111<br>Telephone: 415-986-2800 | *Via Federal Express* |
| Allen v. Similasan<br>c/o KCC LLC<br>P.O. Box 8060<br>San Rafael, CA 94912-8060 | *Via First Class Mail* |

DATED this 1st day of July, 2016.

/s/ Theodore H. Frank
Theodore H. Frank

*Allen v. Similasan*, Case No. 3:12-cv-0376-BAS (JLB)   3
NOTICE OF APPEARANCE