MARK BRNOVICH, ATTORNEY GENERAL
STATE OF ARIZONA

BRUNN W. ROYSDEN III (CA SBN 265810)
Beau.Roysden@azag.gov
ORAMEL H. SKINNER (AZ SBN 032891)
DANA R. VOGEL (AZ SBN 030748)
Assistant Attorneys General
Office of the Attorney General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7757
Facsimile: (602) 542-4377

Attorneys for *Amicus Curiae* Arizona Attorney General

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, LAINIE RIDEOUT and KATHLEEN HAIRSTON, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SIMILASAN CORPORATION,<br><br>Defendant. | Case No. 12-cv-376-BAS-JLB<br><br>**NOTICE OF APPEARANCE AS *AMICUS CURIAE***<br><br>Presiding Judge: Hon. Cynthia A. Bashant |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Brunn W. Roysden III of the Arizona Attorney General's Office hereby appears as counsel of record on behalf of *Amicus Curiae* Arizona Attorney General Mark Brnovich in connection with the filing of an amicus curiae brief related to the proposed class action settlement in this case. Attorney General Brnovich and the other state Attorneys General supporting the amicus brief are appearing only as *amici curiae* and are not submitting to this Court's jurisdiction (as parties or otherwise), and their brief is filed without prejudice to any State's ability to enforce its consumer protection laws and/or otherwise investigate claims related to the issues here in dispute.

//

//

The contact information for the Arizona Attorney General's Office for this matter is as follows:

>Brunn W. Roysden III
>Arizona Attorney General's Office
>Consumer Protection and Advocacy Section
>1275 West Washington Street
>Phoenix, Arizona 85007-2926
>Telephone: (602) 542-7757
>Facsimile: (602) 542-4377
>Beau.Roysden@azag.gov

DATED: July 28, 2016                         RESPECTFULLY SUBMITTED,

>MARK BRNOVICH
>ARIZONA ATTORNEY GENERAL
>
>By: */s/ Brunn W. Roysden III*_____
>Brunn W. Roysden III
>Assistant Attorney General
>
>Attorneys for *Amicus Curiae* Arizona Attorney General

### CERTIFICATE OF SERVICE

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 years and not a party to this action. My business address is Arizona Attorney General's Office, Consumer Protection and Advocacy Section, 1275 West Washington Street, Phoenix, Arizona 85007-2926.

I hereby certify that on the date below, I electronically filed the above **NOTICE OF APPEARANCE AS *AMICUS CURIAE*** with the Clerk, using the Court's CM/ECF Electronic Filing System, which will generate and serve a Notice of Electronic Filing (NEF) to the parties and registered CM/ECF users in the case. Under said practice, all parties to this case who have consented to electronic service have been served. Also, I further certify that I have mailed the foregoing document via the United States Postal Service to any non-CM/ECF participants indicated in the Manual Notice List.

I declare that I am a member of the Bar of California, permitted to practice before this Court, and declare under penalty of perjury that the foregoing is true and correct.

Executed on July 28, 2016, at Phoenix, Arizona:    */s/Brunn W. Roysden III*_____
                                                    Brunn W. Roysden III