Michelle Gillette  (SBN 178734)
*mgillette@crowell.com*
Mina Nasseri  (SBN 274648)
*mnasseri@crowell.com*
Joshua Thomas Foust  (SBN 296285)
*jfoust@crowell.com*
CROWELL & MORING LLP
Three Embarcadero Center, Suite 2600
San Francisco, California  94111
Telephone: 415.986.2800

Attorneys for Defendant
SIMILASAN CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, LAINIE RIDEOUT, and KATHLEEN HAIRSTON, *on behalf of themselves, all others similarly situated, and the general public,*<br><br>　　　　　　Plaintiffs,<br>　v.<br>SIMILASAN CORPORATION,<br>　　　　　　Defendant. | Case No. 3:12-cv-00376-BAS-JLB<br><br>**CLASS ACTION**<br><br>**RULE 26(a)(3) PRETRIAL DISCLOSURES BY DEFENDANT SIMILASAN CORPORATION**<br><br>Hon. Cynthia A. Bashant<br>Courtroom 4B<br><br>Complaint Filed:  February 10, 2012<br>Trial Date:  April 11, 2017<br>Pretrial Conference:  March 6, 2017<br>Time:  11:00 a.m. |

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's Scheduling Order entered December 21, 2016 [ECF No. 239], Defendant Similasan Corporation submits the following pretrial disclosures:

## I.   WITNESSES

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i)-(ii), Similasan sets forth the following names, addresses, and telephone numbers of the prospective witnesses, excluding impeachment witnesses, that it expects to present or that it may call if the need arises. The witnesses whom Similasan expects to present at trial are marked in bold font, whereas the witnesses it may call if the need arises are not marked in bold. Similasan also designates below which of those witnesses it intends to present by deposition. Similasan reserves the right to call any witnesses designated by Plaintiffs. Similasan further reserves the right to supplement or amend its witness list through the time of trial, including the right to supplement of amend based on any rulings provided by this Court.

| WITNESS NAME | ADDRESS AND TELEPHONE NUMBER | PRESENTED BY DEPOSITION |
| --- | --- | --- |
| **Dan Quail** | **1805 Shea Center Drive, Suite 270<br>Highlands Ranch, CO 80129<br>(303) 539-4060** | **No** |
| **Laura Stamm** | **Analysis Group<br>111 Huntington Avenue, 10th Floor<br>Boston, MA 02199<br>(617) 425-8178** | **No** |
| **Rommie Amaro** | **University of California San Diego<br>3234 Urey Hall, MC-0340<br>La Jolla, California 92093-0340<br>(858) 534-9629** | **No** |
| **Robert Field** | **515 Anthwyn Road<br>Merion Station, PA 19066<br>(215) 571-4810** | **No** |

| WITNESS NAME | ADDRESS AND TELEPHONE NUMBER | PRESENTED BY DEPOSITION |
|---|---|---|
| **Dr. Peter Fisher** | **Royal London Hospital for Integrated Medicine<br>Great Ormond Street, London WC1N 3HR, United Kingdom<br>+44 203 448 8880** | **No** |
| **Hal Poret** | **142 Hunter Avenue<br>Sleepy Hollow, NY 10591<br>(914) 772-5087** | **No** |
| **Yann Pigeaire** | **1805 Shea Center Drive, Suite 270<br>Highlands Ranch, CO 80129<br>(303) 539-4060** | **No** |
| Kimberly Stark | 1805 Shea Center Drive, Suite 270<br>Highlands Ranch, CO 80129<br>(303) 539-4060 | Yes |
| Haley Ball | 1805 Shea Center Drive, Suite 270<br>Highlands Ranch, CO 80129<br>(303) 539-4060 | Yes |
| Aron Brown | 1805 Shea Center Drive, Suite 270<br>Highlands Ranch, CO 80129<br>(303) 539-4060 | Yes |
| Andreas Dehmel | 1805 Shea Center Drive, Suite 270<br>Highlands Ranch, CO 80129<br>(303) 539-4060 | Yes |

## II.   EXHIBITS

Pursuant to Federal Rule 26(a)(3)(A)(iii), Similasan sets forth the following documents and exhibits it expects to offer at trial or that it may offer if the need arises, excluding those offered only for impeachment purposes. Where an exhibit is described as an email, the exhibit includes all attachments to that email.

Similasan reserves the right to supplement or amend its exhibit list through the time of trial, including the right to supplement or amend based on any rulings

provide by this Court, and to use additional documents as necessary during cross examination of Plaintiffs' witnesses. Similasan further reserves the right to use any admissions from pleadings, briefs, motions, discovery responses, other documents filed, and exhibits thereto.

| Ex. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 500 | | | JOCs SIM 00050012-50264 |
| 501 | | | JOCs SIM 00042974-43002 |
| 502 | | | Pharmacy Times 2008 SIM 00003768-3770 |
| 503 | | | Pharmacy Times 2010 SIM 00027759 |
| 504 | | | Word of Mom - PER SIM 00016472 |
| 505 | | | similasan wayback 1-2008 (http://www.similasanusa.com/HowOurProducts Work.cfm) |
| 506 | | | similasan wayback 1-2010 (http://www.similasanusa.com/HowOurProducts Work.cfm) |
| 507 | | | similasan wayback 4-2012 (http://www.similasanusa.com/about-homeopathy) |
| 508 | | | http://www.similasanusa.com/about-homeopathy |
| 509 | | | http://www.similasanusa.com/faqs |
| 510 | | | Bellavite, et al., Advances in homeopathy and immunology: a review of clinical research SIMX 001054 |
| 511 | | | Bond, Richard, Is paradoxical pharmacology a strategy worth pursuing? SIMX 001055-1058 |

| Ex. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 512 | | | Brinkhaus, et al., Homeopathic arnica therapy in patients receiving knee surgery: Results of three randomized double-blind trials SIMX 001059- 1068 |
| 513 | | | Calabrese, et al, The occurrence of hermetic dose responses in the toxicological literature, the hormesis database: an overview SIMX 001069- 1081 |
| 514 | | | Chatterjee, Barun, The mathematics of Dilution SIMX 001082-1085 |
| 515 | | | Clausen, et al., Review of the use of high potencies in basic research on homeopathy SIMX 001086-1090 |
| 516 | | | Colas, et al., Economic impact of homeopathic practice in general medicine in France SIMX 001091-1099 |
| 517 | | | Demangeat, Jean-Louis, Nanosized solvent superstructures in ultramolecular aqueous dilutions: twenty years' research using water proton NMR relaxation SIMX 001100-1118 |
| 518 | | | Demangeat, Jean-Louis NMR water proton relaxation in unheated and heated ultrahigh aqueous dilutions of histamine: Evidence for an air-dependent supramolecular organization of water SIMX 001119-1126 |
| 519 | | | Eskinazi, Daniel, Homeopathy Revisited SIMX 001127-1133 |
| 520 | | | Fisher, et al., Correspondence SIMX 001134- 1135 |

| Ex. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 521 | | | Grimaldi-Bensouda, et al., Management of Upper Respiratory Tract Infections by Different Medical Practices, Including Homeopathy, and Consumption of Antibiotics in Primary Care: The EP13 Cohort Study in France 2007-2008 SIMX 001135-1141 |
| 522 | | | Grimaldi-Bensouda, et al., Utilization of psychotropic drugs by patients consulting for sleeping disorders in homeopathic and conventional primary care settings: the EP13 cohort study SIMX 001142-1148 |
| 523 | | | Haidvogl, et al., Homeopathic and conventional treatment for acute respiratory and ear complaints: A comparative study on outcome in the primary care setting SIMX 001148-1158 |
| 524 | | | Jonas, et al., Homeopathy and Rheumatic Disease SIMX 001159-1165 |
| 525 | | | Lindt, et al., Correspondence SIMX 001173- 1174 |
| 526 | | | Ludtke, et al., The conclusions on the effectiveness of homeopathy highly depend on the set of analyzed trials SIMX 001175-1182 |
| 527 | | | Mathie, et al., Randomised placebo-controlled trials of individualized homeopathic treatment: systematic review and meta-analysis SIMX 001183-1198 |

| Ex. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 528 | | | Montagnier, et al., Transduction of DNA information through water and electromagnetic waves SIMX 001199-1205 |
| 529 | | | Rey, Louis, Thermoluminescence of ultra-high dilutions of lithium chloride SIMX 001206-1213 |
| 530 | | | Shang, et al., Are the clinical effects of homeopathy placebo effects? SIMX 001214- 1220 |
| 531 | | | Venard, et al., Comparative Analysis of Gelsime and *Gelsemium sempervirens* Activity on Neurosteroid Allopregnanolone Formation in the Spinal Cord and Limbic System SIMX 001221-1231 |
| 532 | | | Witt, et al., The *in vitro* evidence for an effect of high homeopathic potencies – A systematic review of the literature SIMX 001232-1242 |
| 533 | | | Witt, et al., Homeopathic medical practice: Long term results of a cohort study with 3981 patients SIMX 001243-1250 |
| 534 | | | Witt, et al., Outcome and costs of homeopathic and conventional treatment strategies: A comparative cohort study in patients with chronic disorders SIMX 001252-1258 |
| 535 | | | Compliance Policy Guide Sec. 400.400 |
| 536 | | | Amazon.com and website testimonials SIM 00022769-22771 |
| 537 | | | Earache relief from glycerin |
| 538 | | | Saline nasal irrigation |
| 539 | | | Nielson data, SIM 00050386 - 50389 |

| Ex. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 540 | | | Similasan Nielsen Xtab Rpt 1 21 15 SIM 00050386-50389 (Native) |
| 541 | | | Plaintiff Lanie Rideout's Responses to Defendant Similasan Corporation's 1st Set of Interrogatories 2014-01-31 |
| 542 | | | Plaintiff Lanie Rideout's First Set of Supplemental Responses to Defendant Similasan Corp's 1st Set of Interrogatories 2014-03-14 |
| 543 | | | Plaintiff Lanie Rideout's Second Set of Supplemental Responses to Defendant Similasan Corp's 1st Set of Interrogatories 2014-06-30 |
| 544 | | | Plaintiff Lanie Rideout's Responses and Objections to Defendant Similasan Corp's Interrogatories (Set Two) 2015-08-28 |
| 545 | | | Plaintiff Lanie Rideout's Responses to Defendant Similasan Corp's 1st Set of Requests for Admission 2015-08-28 |
| 546 | | | Plaintiff Kathleen Hairston's Responses to Defendant Similasan Corp's 1st Set of Interrogatories 2014-01-31 |
| 547 | | | Plaintiff Kathleen Hairston's First Set of Supplemental Responses to Defendant Similasan Corp's 1st Set of Interrogatories 2014-03-14 |
| 548 | | | Plaintiff Kathleen Hairston's Second Set of Suppl Responses to Defendant Similasan Corp's 1st Set of Interrogatories 2014-04-15 |
| 549 | | | Plaintiff Kathleen Hairston's 3rd Set of Suppl Responses to Similasan Corp's 1st Set of Interrogatories 2014-06-30 |

| Ex. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 550 | | | Plaintiff Kathleen Hairston's 4th Set of Suppl Responses to Defendant Similasan Corp's 1st Set of Interrogatories 2014-05-06 |
| 551 | | | Plaintiff Kathleen Hairston's Responses and Objections to Defendant Similasan Corp's Interrogatories (Set Two) 2015-08-28 |
| 552 | | | Plaintiff Kathleen Hairston's Responses to Defendant Similasan Corp's First Set of Requests for Admission 2015-08-28 |
| 553 | | | 2007-2008 Financial Statements SIM 26780-26797 |
| 554 | | | 2009-2010 Financial Statements SIM 27149-27166 |
| 555 | | | 2010-2011 Financial Statements SIM 27173-27188 |
| 556 | | | 2011-2012 Financial Statements SIM 50322-50341 |
| 557 | | | 2013-2014 Financial Statements SIM 31012-31027 |
| 558 | | | ECRM Eye_Ear August 2010_v3 SIM 0000758 |
| 559 | | | IRI data SIM 50358 |
| 560 | | | Nielsen data SIM 001217 |
| 561 | | | Nielsen data SIM 001223 |
| 562 | | | Nielsen data SIM 001229 |
| 563 | | | Similasan 2008 wholesale price list SIM 000423 |
| 564 | | | Similasan 2102 wholesale price list SIM 0025345 |
| 565 | | | Similasan 2010 Marketing Plan Eye Care and Cough Syrups SIM 000011 |

| Ex. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 566 | | | Similasan Earache, Nasal, and Well-Being categories presentation SIM 000018 |
| 567 | | | Similasan Monthly POS Overview Snippet 2-22-15 SIM 0048492-48497 |
| 568 | | | Similasan quarterly profit report 2008-2012 (wo HFR) SIM 0030961-30967 |
| 569 | | | Similasan summary of profit in CA SIM 0050345-50351 |
| 570 | | | Gilli, et al., Enthalpy-Entropy Compensation in Drug Receptor Binding SIMX 0000941-944 |
| 571 | | | City of San Diego Water Fluoridation SIMX 000945-947 |
| 572 | | | U.S. Public Health Service Recommendation for Fluoride Concentration in Drinking Water SIMX 000948-961 |
| 573 | | | McGivern, Joseph, Ziconotide: a review of its pharmacology and use in the treatment of pain SIMX 000962-979 |
| 574 | | | Smith, et al., Beyond Picomolar Affinities: Quantitative Aspects of Noncovalent Binding of Drugs to Proteins SIMX 000980-988 |
| 575 | | | Schramm, Vern L., Transition States, Analogues, and Drug Development SIMX 000989-999 |
| 576 | | | Liu, et al., Femtomolar Concentrations of Dynorphins Protect Rat Mesencephalic Dopaminergic Neurons Against Inflammatory Damage SIMX 001000-1008 |

**RULE 26(a)(3) PRETRIAL DISCLOSURES BY DEFENDANT**   9   Case No. 3:12-cv-00376-BAS-JLB

| Ex. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 577 | | | Chiba, et al., Development of Femtomolar- Acting Hunam Derivative Named Colivelin… SIMX 001009-1018 |
| 578 | | | Kuntz, et al., The maximal affinity of ligands SIMX 001019-1024 |
| 579 | | | Singh, et al., The resurgence of covalent drugs SIMX 001025-1035 |
| 580 | | | Singh, et al., Targeted covalent drugs of the kinase family SIMX 001036-1041 |
| 581 | | | Carmi, et al., Clinical Perspectives for irreversible tyrosine kinase inhibitors in cancer SIMX 001042-1053 |
| 582 | | | Williams, et al., Relationship between the humidity and temperature of inspired gas and the function of the airway mucosa SIMX_000019-33 |
| 583 | | | Hostanka, et al., BMC Complementary and Alternative Medicine 2012, 12:100 SIM 00050311 - 50320 |
| 584 | | | Freeman & Mills Retainer Agreement ACKERMAN000001-000007 |
| 585 | | | Heart Clinic of San Antonio articles regarding homeopathy Lee_Similasan 00238-248 |
| 586 | | | Agreement for Retaining Consulting Services of Jon A. Krosnick KROSNICK000001 |
| 587 | | | PLSIMILASAN000001-000290 |

| Ex. No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 588 | | | PER/IER Form 766 and recondition approval, SIM0025696-25705 et seq. |
| 589 | | | Form 766 SIM0050342-50344 |

Dated: January 3, 2017                                CROWELL & MORING LLP

                                                      By:    */s./ Michelle Gillette*

                                                      Attorneys for Defendant
                                                      SIMILASAN CORPORATION

*SFACTIVE-904315215.1*