**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
WILLIAM B. RICHARDS, JR. (SBN 298552)
*bill@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

[Additional counsel listed on signature page]

*Class Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, LAINIE RIDEOUT, and KATHLEEN HAIRSTON, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br>v.<br>SIMILASAN CORPORATION,<br>Defendant. | Case No. 3:12-cv-00376-BAS (JLB)<br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 250**<br><br>Judge: Hon. Cynthia A. Bashant<br>Room: 4B (Schwartz Courthouse)<br><br>Compl. Filed: February 10, 2012<br>Trial Date: April 11, 2017<br>Hearing Date: April 3, 2017<br>Hearing Time: 11:00 a.m. |

1  **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR
2  COUNSEL OF RECORD:**

3  PLEASE TAKE NOTICE THAT Plaintiffs hereby withdraw their Motion to
4  Exclude Testimony and Reports of Defense Expert Laura Stamm filed on February 21,
5  2017 (Dkt. No. 250).

6  Dated: March 3, 2017            Respectfully submitted,

*/s/ Ronald A. Marron*
RONALD A. MARRON
*ron@consumersadvocates.com*
**LAW OFFICES OF RONALD A. MARRON**
WILLIAM B. RICHARDS, JR.
*bill@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**GOMEZ TRIAL ATTORNEYS**
JOHN H. GOMEZ (SBN 171485)
*john@gomeztrialattorneys.com*
DEBORAH DIXON (SBN 248965)
*ddixon@gomeztrialattorneys.com*
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

**THE GOETZ FIRM, LLC**
DEAN GOETZ (SBN 65949)
*dgoetz12@gmail.com*
603 N. Coast Hwy 101, Suite H
Solana Beach, California 92075
Telephone: (858) 481-8844
Facsimile: (619) 481-2139

*Class Counsel*