

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, LAINIE RIDEOUT and KATHLEEN HAIRSTON, on behalf of themselves, all others similarly situated, and the general public,<br><br>                      **Plaintiff,**<br>V.<br><br>SIMILASAN CORPORATION,<br><br>                      **Defendant.** | Civil Action No.   12-cv-376-BAS-JLB<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Motion for Attorneys' Fees, Costs and Incentive Awards is granted. The Court grants Plaintiff $175,000 in Attorneys' Fees, $102,544.12 in Costs, $105,000 for administering the Settlement, and $2,500 for each named plaintiff as an incentive award.

Final Judgment and Order approving Settlement is entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| **Date:**   8/17/17 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  K. Betancourt<br>                    K. Betancourt, Deputy |